## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| CIRCULATORY CENTERS OF, AMERICA, LLC, et. al., | Bankruptcy No. 17-22572-GLT |
| | Chapter 11 |
| Debtor. | |
| | (Jointly Administered) |
| NATALIE LUTZ CARDIELLO, TRUSTEE | Document No. |
| Movant, | |
| vs. | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, FIFTH THIRD BANK, LIN TELEVISION CORPORATION, SINCLAIR BROADCAST GROUP, INC., WJAC LICENSEE LLC, COVIDIEN SALES LLC, TIMBERLINE MOB, LLC, MAX MEDIA, GE HFS, LLC, | |
| Respondents. | |

## **NOTICE OF INTENT TO SELL**

**TO: RESPONDENTS AND ALL CREDITORS AND PARTIES IN INTEREST**

You are hereby notified that the above Movant seeks an Order to sell personalty in which the Respondents or creditors may have an interest.

Anyone who has a response or objection to this Motion must file a written response to the Amended Motion for Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances with the Clerk of the U.S. Bankruptcy Court at 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 with a copy served on Counsel for the Trustee, **on or before January 22, 2018 at 12 p.m.**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. Each Respondent and/or creditor should take this to his lawyer at once.

**A hearing will be held on January 22, 2018 at 1:30 p.m.** in the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Courtroom A, 54th Floor, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

The Court may entertain higher and better offers at the hearing for the contemplated sale.

The Debtor is the owner of Personal Property *(Personalty)* which is more fully documented and set forth in *Exhibit A* to the Amended Motion for Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances.

The Trustee, on behalf of the Debtor, Circulatory Centers of America, LLC, et al., *(Seller)* intends to execute an Asset Purchase Agreement with MVC MSO, LLC, a Delaware limited liability company as nominee for multiple entities to be named prior to closing *(Buyer)* for the purchase price of Two-Million One Hundred Fifty Thousand Dollars ($2,150,000.00).

Additional information regarding the sale, including the Trustee's Motion, Exhibits and Proposed Order Confirming Sale, may be obtained by accessing the Court's website at http://www.pawb.uscourts.gov/easi.htm and contacting the Trustee's attorney, Natalie Lutz Cardiello, Esquire, 107 Huron Drive, Carnegie, PA 15106, (412) 276-4043.

Date of Notice:  January 17, 2018

  */s/ Natalie Lutz Cardiello*
  Natalie Lutz Cardiello, Esquire
  PA I.D. #51296
  Counsel for the Trustee
  107 Huron Drive
  Carnegie, PA 15106
  (412) 276-4043
  Email:  ncardiello@comcast.net